UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE LYNN JAFFEY,

               Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C20-5627 TLF

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

This matter comes before the Court on plaintiff's unopposed motion for attorney fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA). Dkt. 24. Plaintiff requests an award of $3,325.40 in attorney's fees and $400 in costs. *Id.* Based on the unopposed motion, the Court GRANTS the motion and ORDERS as follows:

(1) Plaintiff is granted $3,325.40 in attorney's fees and $400.00 in costs.

(2) Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to plaintiff's attorney Kevin Kerr at the address: P.O. Box 14490, Portland, OR 97293.

(3) Costs under 28 U.S.C. § 1920 shall be payable to Kevin Kerr via electronic fund transfer or check.

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY FEES - 1

(4)  After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. Defendant is directed to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney, either by direct deposit or by check payable to plaintiff's attorney and mailed to plaintiff's attorney's address.

Dated this 12th day of October, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge